John J. Verber, State Bar No. 139917
Claudia Leed, State Bar No. 122676
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: jverber@burnhambrown.com
cleed@burnhambrown.com

Attorneys for Defendants
MONTE HANRAHAN, THE PERALTA COMMUNITY
COLLEGE DISTRICT, MERRITT COLLEGE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY GORDON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, THE SHERIFF OF ALAMEDA COUNTY, CHARLES C. PLUMMER, DEPUTY SHERIFF C. SCOTT Badge No. 1239, MONTE HANRAHAN, THE PERALTA COMMUNITY COLLEGE DISTRICT, MERRITT COLLEGE, and DOES 1 THROUGH 50, inclusive,<br><br>　　　　Defendants. | No. 006-02997 SBA<br><br>**DEFENDANTS MONTE HANRAHAN, THE PERALTA COMMUNITY COLLEGE DISTRICT, MERRITT COLLEGE'S SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

TO PLAINTIFF NANCY GORDON, IN PRO PER AND TO ALL OTHER PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

Please take notice that Defendants PERALTA COMMUNITY COLLEGE DISTRICT, MERRITT COLLEGE and MONTE HANRAHAN hereby substitute their counsel of record in this matter.

\\\

DEFS MONTE HANRAHAN, PERALTA COMMUNITY COLLEGE DISTRICT, MERRITT COLLEGE'S SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER   1   No. 006-02997 SBA

**FORMER COUNSEL**

Defendants PERALTA COMMUNITY COLLEGE DISTRICT, MERRITT COLLEGE and MONTE HANRAHAN'S former counsel:

John Verber
Claudia Leed
BURNHAM BROWN
1901 Harrison Street, 11th Floor
Oakland, California 94612

Telephone No: (510) 444-6800
Facsimile No: (510) 835-6666
Email: jverber@burnhambrown.com
       cleed@burnhambrown.com

**NEW COUNSEL**

Defendants PERALTA COMMUNITY COLLEGE DISTRICT, MERRITT COLLEGE and MONTE HANRAHAN'S new counsel:

Claudia Leed
RUIZ & SPEROW
Watergate Tower III
2000 Powell Street, Suite 1655
Emeryville, CA 94608
Telephone No :(510) 594-7980
Facsimile No: (510) 594-7988
Email: cleed@ruizlaw.com

**CONSENT TO SUBSTITUTION**

The undersigned consents to the substitution and certifies that this substitution will not delay the proceedings in this matter:

Dated: 5/14/07

_____
THUY T. NGUYEN, GENERAL COUNSEL
PERALTA COMMUNITY
COLLEGE DISTRICT

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
NANCY GORDON,
    Plaintiff

DEFTS. MONTE HANRAHAN, PERALTA COMMUNITY COLLEGE DISTRICT, MERRITT COLLEGE'S SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

2

No. 006-02997 SBA

# ORDER

IT IS SO ORDERED:

Dated: 5/29/07

*Saundra B Armstrong*
UNITED STATES DISTRICT JUDGE
SAUNDRA BROWN ARMSTRONG

NANCY GORDON,

    802960    Plaintiff,

v.

COUNTY OF ALAMEDA et al,

    Defendant.

_____/

Case Number: CV06-02997 SBA

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nancy Gordon
416 Perkins Street
Suite 1A
Oakland, CA 94610

Dated:

                            Richard W. Wieking, Clerk
                            By: LISA R CLARK, Deputy Clerk

| | |
|---|---|
| Re: | Nancy Gordon v. County of Alameda, et al. |
| Court: | United States District Court - Northern District - Oakland |
| Action No: | 006-02997 SBA |

# PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 11th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On May 18, 2007, I served the following document(s) in the following manner(s):

**DEFENDANTS MONTE HANRAHAN, THE PERALTA COMMUNITY COLLEGE DISTRICT, MERRITT COLLEGE'S SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below.

☐ **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was     .

☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

| | |
|---|---|
| Nancy Gordon<br>416 Perkins Street, Suite 1A<br>Oakland, CA 94610<br>Phone: (510) 702-5003 | Plaintiff – In Pro Per |
| Joel Tranter<br>Andrada & Associates<br>180 Grand Ave #925<br>Oakland, CA 94612<br>Phone Number (510) 287-4168<br>Fax Number (510) 287-4161 | Attorneys for Alameda County Defendants |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE:   May 18, 2007

Lea Esqueda

760351

PROOF OF SERVICE                                             CASE NO. 006-02997 SBA