FILED
JUN 0 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
2  CATHERINE E. WHEELER (SBN 244857)
   cwheeler@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   PROFESSIONAL CORPORATION
4  180 Grand Avenue, Suite 925
   Oakland, California 94612
5  Tel.:  (510) 287-4160
   Fax:   (510) 287-4161
6
   Attorneys for Defendants
7  COUNTY OF ALAMEDA; CHARLES C. PLUMMER
   (sued herein as THE SHERIFF OF ALAMEDA COUNTY);
8  and DEPUTY SHERIFF C. SCOTT

9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  NANCY GORDON,                          Case No.: CV-06-02997-SBA

14              Plaintiff,

15        v.                               STIPULATION AND [PROPOSED]
                                           ORDER TO EXTEND DEADLINE FOR
16  COUNTY OF ALAMEDA, THE SHERIFF OF      PRETRIAL DISCLOSURES
    ALAMEDA COUNTY, CHARLES C.
17  PLUMMER, DEPUTY SHERIFF C. SCOTT       Action Filed:  May 3, 2006
    Badge No. 1239, MONTE HANRAHAN, THE    Trial:         July 9, 2007
18  PERALTA COMMUNITY COLLEGE
    DISTRICT, MERRITT COLLEGE, and DOES 1
19  through 50, inclusive

20              Defendants.

21

22        Defendants COUNTY OF ALAMEDA, CHARLES C. PLUMMER (sued herein as THE

23  SHERIFF OF ALAMEDA COUNTY), and DEPUTY SHERIFF C. SCOTT, by and through their

24  counsel, J. RANDALL ANDRADA of Andrada & Associates, PC, and co-defendants MONTE

25  HANRAHAN, THE PERALTA COMMUNITY COLLEGE DISTRICT, and MERRITT

26  COLLEGE, by and through their counsel, CLAUDIA LEED of Ruiz & Sperow, LLP submit the

27  following stipulation with regard to an extension of the deadline for pretrial disclosures.

28  ///

                                          1

Plaintiff NANCY GORDON did not respond to defendants' counsel's request for stipulation to extend the deadline for pretrial disclosures. The Court is respectfully requested to refer to defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(b)(2)(C), (d), and papers in support thereof, filed with this Court on May 15, 2007, which are hereby incorporated by reference as if set forth in full herein. Plaintiff has failed in every respect to communicate with defendants' counsel. Plaintiff has also failed to participate in the litigation of her case.

The pretrial order set the deadline for pretrial disclosures in this matter for June 11, 2007. Deadlines for motions in limine and objections to evidence are June 18, 2007 with responses thereto due June 25, 2007.

Plaintiff has failed to attend her scheduled deposition on two occasions as detailed in defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(b)(2)(C), (d).

Plaintiff has not requested the depositions of any defense party or other witness.

Defendants filed a Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(b)(2)(C), (d) with this Court requesting, *inter alia*, the dismissal of this case. Co-defendants thereafter joined in this motion. Plaintiff failed to file opposition to said motion.

This Court's standing orders at paragraph 8 states: "The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute a consent to the granting of the motion." Therefore, plaintiff's failure to file a memorandum of points and authorities in opposition to defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(b)(2)(C), (d) constitutes consent to the granting of said motion.

Preparation of pretrial disclosures before June 19, 2007 will result in unnecessary costs and fees and will constitute a waste of the Court's time. The hearing on defendants' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(b)(2)(C), (d) is scheduled for June 19, 2007. If this Court grants dismissal, pretrial disclosures are irrelevant. If this Court orders plaintiff's deposition to occur by June 22, 2007, pretrial disclosures should be filed after this date so that defense counsel may address and defend issues plaintiff intends to raise at trial.

The parties therefore respectfully request this Court to order that the deadline for pretrial disclosures in this matter be extended to June 27, 2007, including deadlines for motions in limine and

objections to evidence. Responses to motions in limine and objections to evidence shall be filed by July 2, 2007.

This stipulation may be executed in subparts and signatures transmitted by facsimile may be deemed an original signature.

**IT IS SO STIPULATED.**

Date: June 7, 2007

_____
CLAUDIA LEED
Attorney for Co-Defendants
MONTE HANRAHAN, PERALTA
COMMUNITY COLLEGE DISTRICT, and
MERRITT COLLEGE

Date: June 4, 2007

_____
CATHERINE E. WHEELER
Attorney for Defendants
COUNTY OF ALAMEDA; CHARLES C.
PLUMMER (sued herein as THE SHERIFF OF
ALAMEDA COUNTY); and DEPUTY
SHERIFF C. SCOTT

**IT IS SO ORDERED.**

Based on the foregoing stipulation and for good cause appearing, the Court hereby adopts said stipulation and makes same an Order of this Court.

DATED: June 7, 2007

_____
THE HONORABLE SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE

3

{00049756.DOC/}AIMS 0619
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES

Gordon v. County of Alameda, et al.
USDC Case No. CV 06-02997 (SBA)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NANCY GORDON,

    Plaintiff,

v.

COUNTY OF ALAMEDA et al,

    Defendant.

Case Number: CV06-02997 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nancy Gordon
416 Perkins Street
Suite 1A
Oakland, CA 94610

Dated: June 8, 2007

                      Richard W. Wieking, Clerk
                      By: LISA R CLARK, Deputy Clerk