IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY GORDON | No. CV-06-02997-SBA |
| Plaintiff, | **ORDER** |
| v. | |
| COUNTY OF ALAMEDA, THE SHERIFF OF ALAMEDA COUNTY, CHARLES C. PLUMMER, DEPUTY SHERIFF C. SCOTT Badge No. 1239, MONTE HANRAHAN, THE PERALTA COMMUNITY COLLEGE DISTRICT, MERRITT COLLEGE, and DOES 1 through 50, inclusive, | |
| Defendants. | |

The Court issued an order granting defendant's motion for sanctions and dismissing the case on June 15, 2007. The order was filed at 2:27 p.m. Plaintiff Nancy Gordon filed her opposition at 3:18 p.m. on the same day. Since the opposition was filed after the order was issued -- and nearly three weeks after the deadline to file any such opposition pursuant to the Civil Local Rules -- the Court will not consider it. However, the Court notes that Gordon's complete disregard of the rules of court in this instance is wholly consistent with the Court's reasons for dismissal as described in its June 15 order.

IT IS SO ORDERED

Dated: 6/19/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NANCY GORDON,

        Plaintiff,

v.

COUNTY OF ALAMEDA et al,

        Defendant.
                                       /

Case Number: CV06-02997 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nancy Gordon
416 Perkins Street
Suite 1A
Oakland, CA 94610

Dated: June 19, 2007

                                 Richard W. Wieking, Clerk
                                 By: LISA R CLARK, Deputy Clerk