UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (Oakland)

**FILED**
AUG 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| NANCY GORDON,<br><br>    Plaintiff - Appellant,<br>v.<br><br>COUNTY OF ALAMEDA; et al.,<br><br>    Defendants - Appellees. | No.  07-16275<br>D.C. No.  CV-06-02997-SBA<br><br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [X]

Explanation: Appellant's behavior in deliberately disregarding this Court's orders, despite numerous warnings & her failure/refusal to appear at two depositions and to comply with her discovery obligations, is extreme and warrants clear finding of bad faith & willfulness.

_____
Judge
United States District Court

Date: Aug 13, 2007